UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: |
| | : | |
| LAWRENCE LOUIS AMBROSE | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | Parading, Demonstrating, or Picketing in a |
| | : | Capitol Building |
| Defendant. | : | |
| | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, LAWRENCE AMBROSE, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

**Ambrose's Participation in the Riot at the Capitol on January 6, 2021**

8. LAWRENCE AMBROSE traveled from California to Washington, D.C. to attend a rally in support of then-President Donald Trump, held the morning of January 6.

9. AMBROSE heard about the January 6th, 2021 rally over the radio and then decided almost immediately that he wanted to attend. AMBROSE knew he wanted to be there to show support for the candidate he believed had won the Election.

10. After President Trump's speech, LAWRENCE AMBROSE walked to the U.S. Capitol Building with the crowd.

11. AMBROSE stated he was one of the first couple hundred people to arrive at the Capitol as there were many more people behind him than in front of him. AMBROSE saw an

elevated platform and bleachers to the right of the Capitol so he believed that would be a good location to get a high view of everything going on. From this position, AMBROSE was able to view some of the first people up in front of the Capitol taunting the police by playing "cat and mouse games" with them.

12. AMBROSE entered the Capitol through the Senate Wing door at approximately 2:24 p.m.

13. AMBROSE knew that the Capitol was a restricted building and was not open to the public. Additionally, AMBROSE knew there were politicians inside conducting a meeting to make the election official. At the time, AMBROSE wanted to be a part of history.

14. AMBROSE walked from the Senate Wing door area through the Rotunda towards the House side of the United States Capitol. Eventually, AMBROSE was in the Speaker's Lobby during the time Ashli Babbitt was fatally shot. AMBROSE was a number of feet from Ms. Babbitt when she attempted to climb through a broken window into the House of Representatives and was shot. Ambrose did not engage in any physical violence or property damage.

15. AMBROSE left the Speakers Lobby right after the shooting and exited the Capitol Building through the Upper House door at approximately 2:54 p.m.

16. The defendant knew at the time he entered the U.S. Capitol Building that that he did not have permission to enter the building and the defendant paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC BAR NO. 481052



**Bar Member/Attorney Search Results**

1. **Marc Geller**
   MARC B. GELLER, A.P.C.
   225 Broadway
   Suite 2100
   San Diego, CA 92101

   Email: mgeller@thegellerfirm.com
   Phone: 619-239-9456
   Fax:
   Renewal Code: 7608733
   Membership Status: Active
   Bar ID: CA00152
   Date of Admission: 06/06/2022
   Last Renewal Date: 06/06/2022
   **RENEWAL IS EVERY 3 YEARS**

By:    /s/ James D. Peterson
James D. Peterson
VA Bar 35373
Trial Attorney
United States Department of Justice
1331 F Street N.W., 6th Floor
SAUSA
U.S. Attorney's Office for the District of Columbia
Washington, D.C. 20530
(202) 353-0796
James.d.peterson@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Lawrence L. Ambrose, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7-6-22

Lawrence L. Ambrose
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 7/6/22

Marc Geller
Attorney for Defendant